IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE MONTELONGO,<br>ID # 1266916,<br>  Petitioner,<br>vs.<br><br>WILLIAM STEPHENS, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions Division,<br>  Respondent. | No. 3:15-CV-1761-P (BH) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) is hereby **DENIED**.

**SO ORDERED**.

Signed this 8th day of October, 2015.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE